# DECLARATION OF JOHN BOHEN

**I, JOHN BOHEN, DECLARE:**

1. On or about November 2022 and since approximately 2020, I purchased ConAgra Mrs. Paul's Crunchy Breaded Fillets and Van de Kamp's Fish Sticks (the "Products") at local Corona, California retailers such as Walmart.

2. At the time of my purchase and review of the Products, I was in the county of Riverside, California, where I also currently reside.

3. Also, it is my understanding that Defendant, ConAgra Brands Inc., does business in California, including but not limited to Riverside County and is headquartered in Chicago, Illinois.

I declare under penalty of perjury under the laws of California and the United States of America, that the forgoing is true and correct, and that this declaration was executed on February 24, 2023.

By: *John Bohen (Feb 25, 2023 05:06 PST)*

John Bohen

983466.1

1

DECLARATION PURSUANT TO CAL. CIV. CODE §1780(D)