# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Bohen, et al.

                    Plaintiff,

v.                                         Case No.: 1:23–cv–01298
                                                      Honorable Virginia M. Kendall

Conagra Brands, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. On the Court's own Motion, Status hearing set for 9/10/2024 is reset for 10/22/2024 at 9:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.