IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BOHEN and ABDALLAH NASSER, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23-cv-01298 |
| v. | ) ) | Honorable Virginia M. Kendall |
| CONAGRA BRANDS, INC., | ) ) ) | |
| Defendant. | | |

## JOINT CONSENT MOTION TO CONTINUE STATUS DATE

NOW COMES Defendant, **CONAGRA BRANDS, INC.**, and Plaintiffs **JOHN BOHEN** and **ABDALLAH NASSER** ("Plaintiffs" and collectively, the "Parties"), and jointly move the Court to reset the status hearing currently set for October 22, 2024. (Dkt. No. 55) to a remote hearing on November 5, 2024. The Parties met and conferred regarding the status hearing and jointly request the relief set forth herein. In further support of this motion, the Parties state as follows:

1. Plaintiffs filed their Amended Class Action Complaint on July 7, 2023. (Dkt. No. 27)

2. This matter is currently set for a status hearing on October 22, 2024. (Dkt. No. 55)

3. Counsel for Defendant have a professional conflict with the current status hearing date. Specifically, lead defense counsel Angela Spivey chairs Alston & Bird LLP's Food & Beverage Industry Team which is hosting a client conference the week of October

22. Ms. Spivey is leading the conference, presenting, and hosting numerous clients who are traveling from around the country to attend. Additionally, defense counsel Andrew Phillips and Alan Pryor are hosting, presenting, and participating in the conference. In light of this conflict, Defense counsel reached out to Plaintiffs' counsel who agreed to jointly move to continue the conference. Additionally, after reviewing the Court's rules regarding the scheduling of civil matters, the parties jointly agreed to request that the hearing be reset for November 5th, which is only two weeks from the currently scheduled hearing.

4. Additionally, the parties have been participating in ongoing settlement discussions. Accordingly, the Parties suggest that a brief continuance of the October 22 status hearing may conserve judicial resources and avoid unnecessary burden and expense on the Court and Parties.

6. Finally, because counsel for Defendant and Plaintiff reside outside of Illinois, the parties jointly request that the status hearing be scheduled as a remote hearing.

**WHEREFORE**, the parties respectfully request that the Court continue the status conference to November 5, 2024. Additionally, both parties request that the status hearing to be heard remotely because in-person hearing will require the parties to incur travel expenses.

**CONAGRA BRANDS, INC.**, Defendant

BY:    /s/      *Tobin J. Taylor*
Tobin J. Taylor (Bar #6238227)
Andrew J. Roth (Bar #6238227)
Laura L. Buecker (Bar #6326647)
Heyl Royster Voelker & Allen, P.C.
33 N. Dearborn Street
7th Floor
Chicago, IL 60602
(312) 853-8700
ttaylor@heylroyster.com
aroth@heylroyster.com
lbuecker@heylroyster.com

Angela M. Spivey (*pro hac vice*)
Andrew G. Phillips (*pro hac vice*)
Alan F. Prior *(pro hac vice)*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
angela.spivey@alston.com
andrew.phillips@alston.com
alan.pryor@alston.com

**JOHN BOHEN** and **ABDALLAH NASSER**, Plaintiffs

By: */s/ Melissa S. Weiner*
MELISSA S. WEINER
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
GARY M. KLINGER
gklinger@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 West Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
RACHEL L. SOFFIN
rsoffin@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

3

800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (865) 247-0080
HARPER T. SEGUI
hsegui@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
825 Lowcountry Boulevard, Suite 101
Mt. Pleasant, South Carolina 29464
DANIEL L. WARSHAW
dwarshaw@pwfirm.com
MICHAEL H. PEARSON
mpearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
ARI KRESCH
akresch@1800lawfirm.com
WENDY KERNER
wkerner@1800lawfirm.com
**KRESCH LEGAL SERVICES PR, PLLC**
1225 Avenida Ponce de Leon, Suite 605
San Juan, Puerto Rico 00907
Telephone: (800) 529-3476

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was filed on October 10, 2024, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

            */s/ Tobin J. Taylor*
            Tobin J. Taylor

            *Counsel for Defendant Conagra Brands, Inc.*