**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.2**
**Eastern Division**

John Bohen, et al.
                      Plaintiff,

v.                                                Case No.: 1:23−cv−01298
                                                            Honorable Virginia M. Kendall

Conagra Brands, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 11, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to continue Status hearing [56] is granted. Status hearing is reset for 11/5/2024 at 9:30 AM which will proceed via Webex. You will be permitted to appear telephonically only if you do not have a device with video capability. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendallilnd.uscourts.gov You can use the dial in option ONLY if you do not have access to a device with video capability: (650)−479−3207, the access code is: 180 698 4009. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.