**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| JOHN BOHEN and ABDALLAH NASSER, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CONAGRA BRANDS INC.,<br><br>                    Defendant. | Case No.: 1:23-cv-01298<br><br>Honorable Virginia M. Kendall<br><br>Magistrate Judge the Honorable Jeffrey T. Gilbert |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs John Bohen and Abdallah Nasser hereby give notice that they voluntarily dismiss their claims as alleged against Defendant Conagra Brands, Inc. in the above-captioned matter without prejudice. Each Party will bear their own costs and attorneys' fees.

Dated: January 7, 2025

/s/ Rachel Soffin
RACHEL SOFFIN
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
3833 Central Ave.
St. Petersburg, FL 33713
Tel: (865) 247-0080
Fax: (865) 522-0049
rsoffin@milberg.com

MELISSA S. WEINER
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

Telephone:    (612) 389-0600
Facsimile:    (612) 389-0610

GARY M. KLINGER
  gklinger@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 West Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878

HARPER T. SEGUI
  hsegui@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
825 Lowcountry Boulevard, Suite 101
Mt. Pleasant, South Carolina 29464

DANIEL L. WARSHAW
  dwarshaw@pwfirm.com
MICHAEL H. PEARSON
  mpearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:    (818) 788-8300
Facsimile:    (818) 788-8104

ARI KRESCH
  akresch@1800lawfirm.com
WENDY KERNER
  wkerner@1800lawfirm.com
**KRESCH LEGAL SERVICES PR, PLLC**
1225 Avenida Ponce de Leon, Suite 605
San Juan, Puerto Rico 00907
Telephone: (800) 529-3476

*Attorneys for Plaintiffs and the Proposed
Class*